

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-13-00559-CV

**HILL COUNTRY-SAN ANTONIO MANAGEMENT SERVICES, INC**. a.k.a. Hill Country
Achievement
Appellant/ Cross-Appellee

v.

Rachel Trejo as next friend of Rene Trejo
Appellee/ Cross-Appellant

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20045
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On February 12, 2014, this court issued its opinion and judgment. On February 27, 2014, Appellant filed a motion for en banc reconsideration. *See* TEX. R. APP. P. 49.7. On May 20, 2014, this court requested that Appellee file a response to Appellant's motion, and ordered Appellee to file the response, if any, not later than June 19, 2014.

On June 17, 2014, Appellee filed an unopposed motion for extension of time to file a response until July 21, 2014. Appellee stated the parties have settled their dispute, but seek additional time to obtain approval from the ad litem and the trial court.

Appellee's motion is GRANTED. We ORDER Appellee to file any response to Appellant's motion for en banc reconsideration not later than July 21, 2014. **NO FURTHER EXTENSIONS OF TIME TO FILE THE RESPONSE WILL BE GRANTED.**

If Appellee fails to timely file either a motion to dismiss or a response as ordered, this court may decide Appellant's motion without Appellee's response.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2014.



Keith E. Hottle
Clerk of Court